DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**HANNA DEVELOPMENT CORPORATION,**
Appellant,

v.

**WELLS FARGO BANK, N.A.,** as Trustee under Pooling and Servicing Agreement dated as of October 1, 2006, **SECURITIZED ASSET BACKED RECEIVABLES LLC TRUST 2006-WM2 MORTGAGE PASS THROUGH CERTIFICATES SERIES 2006-WM2,**
Appellee.

No. 4D21-1042

[May 5, 2022]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; James Martz, Judge; L.T. Case No. 50-2018-CA-009712-XXXX-MB.

James R. Ackley of Law Offices of James R. Ackley, P.A., West Palm Beach, for appellant.

David Rosenberg of Robertson, Anschutz, Schneid, Crane & Partners, PLLC, Boca Raton, for appellee.

PER CURIAM.

*Affirmed.*

WARNER, MAY and CIKLIN, JJ., concur.

\*     \*     \*

***Not final until disposition of timely filed motion for rehearing.***